**Order filed October 29, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00325-CR
_____

**KENNETH JOEL LOFTIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 405TH District Court**
**Galveston County, Texas**
**Trial Court Cause No. 10CR1834**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit #55, a DVD of appellant's videotaped statement.**

The clerk of the 405TH District Court is directed to deliver to the Clerk of this court the original of State's Exhibit #55, on or before **November 16, 2012.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit #55, to the clerk of the 405TH District Court.

PER CURIAM